```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                   :
                                             Docket #23cr181
 UNITED STATES OF AMERICA,               :

              Plaintiff,                 :

  - against -                            :

 DARIUS A. PADUCH,                       : New York, New York
                                           April 11, 2023
              Defendant.                 :
                                             ARRAIGNMENT AND
-------------------------------------- : PRESENTMENT HEARING


                     PROCEEDINGS BEFORE
                 THE HONORABLE SARAH L. CAVE,
               UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:        UNITED STATES ATTORNEY'S OFFICE
                      BY:  MARGUERITE COLSON, ESQ.
                           JUN XIANG, ESQ.
                      One St. Andrew's Plaza
                      New York, New York 10007

For Defendant:        ROTHMAN, SCHNEIDER, SOLOWAY & STERN
                      BY:  DAVID STERN, ESQ.
                      100 Lafayette Street, Suite 501
                      New York, New York 10013

Also Present:         FBI SPECIAL AGENT STACEY TURANSKI




Transcription Service: Carole Ludwig, *Transcription Services*
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
 1                       PROCEEDINGS                      3
 2            THE CLERK:  Your Honor, this is in the matter
 3   of United States v. Darius Paduch, 23cr181.  Counsel,
 4   state your appearance for the record.
 5            MS. MARGUERITE COLSON:  Good afternoon, Your
 6   Honor.  For the United States, Assistant U.S. Attorney
 7   Marguerite Colson.  I'm joined at counsel table by
 8   Assistant U.S. Attorney Jun Xiang and FBI Special Agent
 9   Stacey Turanski.
10            THE COURT:  Okay, good afternoon to all of you.
11            MR. DAVID STERN:  Good afternoon, David Stern
12   for Dr. Paduch.
13            THE COURT:  Okay, good afternoon, sir.  I'm
14   Magistrate Judge Cave.  Are you able to understand me?
15            DR. DARIUS PADUCH:  Yes.
16            THE COURT:  Okay.  May I have the date and time
17   of arrest, please, Ms. Colson.
18            MS. COLSON:  The defendant was arrested this
19   morning, April 11, at approximately 7:15 a.m.
20            THE COURT:  Thank you.  All right, so, Dr.
21   Paduch, you're here today because you're charged with
22   certain crimes in an indictment, and the purpose of
23   today's proceeding is to advise you of certain rights
24   that you have, inform you of the charges against you,
25   and consider whether counsel should be appointed, as
```

```
 1                        PROCEEDINGS                          4
 2  well as consider under what conditions if any you should
 3  be released pending trial.
 4            I will explain certain constitutional rights
 5  that you.  You have the right to remain silent.  You're
 6  not required to make any statements.  Even if you've
 7  already made statements to the authorities, you do not
 8  need to make any further statements.  Any statements you
 9  do make can be used against you.
10            You have the right to be released, either with
11  or without conditions, pending trial unless I find that
12  there are no conditions that would reasonably assure
13  your presence at future court appearances and the safety
14  of the community.
15            If you're not a U.S. citizen, you have the
16  right to request that a government attorney or law
17  enforcement official notify a consular officer from your
18  country that you've been arrested.  In some cases, a
19  treaty or other agreement may require the Government to
20  give that notice whether you request it or not.
21            You have the right to be represented by an
22  attorney during all court proceedings including this one
23  and during any questioning by the authorities.  You have
24  the right to hire your own attorney.  If you cannot
25  afford one, I will appoint today to represent you.  Do
```

```
 1                        PROCEEDINGS                      5
 2   you understand all the rights I've just described, sir?
 3            DR. PADUCH:  Yes.
 4            THE COURT:  And I understand you wish for me to
 5   appoint counsel.
 6            MR. STERN:  He is not seeking to have counsel
 7   appointed.
 8            THE COURT:  Oh, he's not.
 9            MR. STERN:  I filled out a financial form, but
10   he is not seeking to have counsel appointed.  He's
11   seeking --
12            THE COURT:  Oh, you're just here for today.
13            MR. STERN:  Well, what I'm going to ask the
14   Court to allow me to do is to continue preparing for a
15   bail application, to try and find signers, etc. while he
16   or people who are close to him interview lawyers.
17            THE COURT:  Okay.
18            MR. STERN:  So I think he should have a lawyer
19   from now --
20            THE COURT:  Of course.
21            MR. STERN:  -- until he retains a lawyer, but
22   he intends ultimately to retain a lawyer.
23            THE COURT:  Okay, I understand.  So I'm happy
24   to have you to step in for us today and until, unless
25   and until he secures different counsel.  So Mr. Stern
```

```
 1                        PROCEEDINGS                      6
 2  will represent you today, Dr. Paduch, and going forward
 3  until you make a decision about whether you wish to
 4  retain him or someone else.  Okay?  Can you say yes or
 5  no for the record?
 6           DR. PADUCH:  Yes.
 7           THE COURT:  Okay, thank you.  All right.  So a
 8  grand jury of this district has returned an indictment
 9  charging you with certain offenses  In count 1 the
10  indictment charges that from 2015 until 2017 in this
11  district and elsewhere you knowingly persuaded a minor
12  victim to travel to New York from another state to
13  engage or attempt to engage in unlaw sexual activity
14  with that minor victim in violation of 18 U.S.C §§
15  2422(a) and (2).  In count 2 from 2015 until 2019 you
16  knowingly persuaded another minor victim to travel to
17  New York from another state to engage or attempt to
18  engage in unlawful sexual activity with that victim,
19  also in violation of 18 U.S.C §§ 2422(a) and (2).
20           In count 3 from 2015 until 2016 you used
21  computers and telephones to communicate with the minor
22  victim referenced in count 1 for the purpose of engaging
23  or attempting to engage in unlawful sexual activity in
24  violation of 18 U.S.C §§ 2422(b) and (2).  And in count
25  4 from 2015 until 2019 you used computers and telephones
```

```
 1                        PROCEEDINGS                      7
 2   to communicate with the minor victim referenced in count
 3   2 for the purpose of engaging in unlawful sexual
 4   activity in violation of 18 U.S.C § 2422(b) and (2).
 5            Mr. Stern, do you have a copy of the
 6   indictment?
 7            MR. STERN:  Yes, we do.
 8            THE COURT:  And have you reviewed it with your
 9   client?
10            MR. STERN:  We have reviewed it together, yes.
11            THE COURT:  Does he waive a detailed public
12   reading?
13            MR. STERN:  He does.
14            THE COURT:  Okay, thank you.  Has Judge Abrams
15   referred this for arraignment today as well?
16            MS. COLSON:  She has, Your Honor.
17            THE COURT:  Okay, thank you.  Is your client
18   prepared to enter a plea?
19            MR. STERN:  He is.
20            THE COURT:  Okay, and what is that plea?
21            MR. STERN:  Not guilty.
22            THE COURT:  Okay.  So we will enter a plea of
23   not guilty on your behalf, and the record will reflect
24   that the defendant has been arraigned.
25            Ms. Colson, I direct the prosecution to comply
```

```
 1                        PROCEEDINGS                          8
 2  with its obligation under Brady v. Maryland and its
 3  progeny to disclose to the defense all information
 4  whether admissible or not that is favorable to Dr.
 5  Paduch, material either to guilt or to punishment, and
 6  known to the prosecution.  Possible consequences for
 7  noncompliance may include dismissal of individual
 8  charges or the entire case, exclusion of evidence, and
 9  professional discipline or court sanctions on the
10  responsible attorneys.
11             I'll enter a written order that describes these
12  obligations and the possible consequences of
13  noncompliance and direct the prosecution to review and
14  comply with that order.  Does the Government confirm and
15  understands and will fulfill these obligations?
16             MS. COLSON:  Yes to both, Your Honor.
17             THE COURT:  Thank you.  And what is the
18  Government's position as to bail, detention, or release?
19             MS. COLSON:  Consistent with defense counsel's
20  suggestion, we would argue for detention when and if
21  that occasion arises, but for now we are happy to put
22  this over until the defendant makes a bail argument.
23             THE COURT:  Okay, very good.  So that's the
24  case that Mr., or Dr. Paduch will be detained today.
25             MR. STERN:  We'll consent to detention today,
```

```
 1                        PROCEEDINGS                        9
 2   and we're going to ask for a bail hearing on Monday.  If
 3   we think we can't meet that date, we'll inform the Court
 4   before that date.
 5             THE COURT:  Okay.
 6             MR. STERN:  In the meantime we're going to try
 7   and see if we can get a bail package.
 8             THE COURT:  Okay, very good.  All right, well,
 9   I won't be here on Monday.  You'll be in front of
10   someone else or Judge Abrams if she chooses.  So, Dr.
11   Paduch, you'll be detained today, but as you heard, you
12   have the right to make an application for bail in the
13   future.
14             Has Judge Abrams set any conference dates in
15   this case as yet?
16             MS. COLSON:  No, Your Honor.  We'd ask you to
17   set a date, and we can go back to her.
18             THE COURT:  I'll set 90 days.  So 90 days is
19   July 10.  We'll just set that as a control date.  If
20   there are any medical conditions that I should note for
21   the authorities, you can tell me that off the record --
22             MR. STERN:  There are many medical conditions.
23   They've already been shared with Pretrial, and I think
24   they - I haven't seen the report, but I think they
25   should be in the Pretrial report.
```

```
 1                        PROCEEDINGS                    10
 2            THE COURT:  Okay.
 3            MR. STERN:  It's a long list that I can share
 4   with you, but I think it's there.
 5            THE COURT:  That's fine.  Okay, I'll get it
 6   from them and we'll enter a medical order.
 7            MR. STERN:  Thank you.
 8            THE COURT:  Anything further then from the
 9   Government?
10            MS. COLSON:  Your Honor, we'd ask to exclude
11   time under the Speedy Trial Act between now and the
12   control date set by this Court so that Dr. Paduch has an
13   opportunity to confer and possibly retain new counsel
14   and the parties can discuss a disposition in this case
15   and the Government can begin to prepare and produce
16   discovery.
17            THE COURT:  Do you wish to be heard, Mr. Stern?
18            MR. STERN:  No, I have no objection to that.
19            THE COURT:  Okay.  All right, so I will grant
20   the exclusion of time between now and July 10 or
21   whatever date Judge Abrams sets because I find that the
22   ends of justice outweigh the best interest of the public
23   and Dr. Paduch in a speedy trial based on the need for
24   him to confer and possibly retain counsel and the
25   parties to discuss a possible disposition and the
```

```
 1                      PROCEEDINGS                        11
 2   Government to exchange and the defense to review
 3   discovery.  So anything further than from the
 4   Government?
 5            MS. COLSON:  Nothing from the Government, Your
 6   Honor.
 7            THE COURT:  Mr. Stern.
 8            MR. STERN:  Only if it's not a burden on the
 9   Marshals, I'd like Dr. Paduch put in a room downstairs
10   so I can talk to him.
11            THE COURT:  Okay, I'll leave that up to them.
12   Thank you very much.  Thank you, Dr. Paduch.  We'll be
13   adjourned for today.  Thank you.
14            DR. PADUCH:  Thank you.
15            (Whereupon the matter is adjourned.)
16
17
18
19
20
21
22
23
24
25
```

```
 1                                                                12
 2                        C E R T I F I C A T E
 3
 4         I, Carole Ludwig, certify that the foregoing
 5  transcript of proceedings in the case of USA v. PADUCH,
 6  Docket #23cr181, was prepared using digital
 7  transcription software and is a true and accurate record
 8  of the proceedings.
 9
10
11
12  Signature_____Carole Ludwig_____
13                       Carole Ludwig
14  Date:     April 25, 2023
15
16
17
18
19
20
21
22
23
24
25
```