

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2023

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Darius Paduch*, 23 Cr. 181 (RA)

Dear Judge Abrams:

    As directed by the Court, the parties respectfully submit this letter to report that they have conferred and reached resolution on the three pre-trial issues raised by defense counsel on October 30, 2023.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Marguerite B. Colson
    Elizabeth A. Espinosa
    Jun Xiang
    Assistant United States Attorney
    (212) 637- 2587 | -2216 | -2289