

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 20, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. Time is excluded until April 24, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 21, 2024

Re:   *United States v. Paduch*, 23 Cr. 181 (RA)

Dear Judge Abrams:

      The Government respectfully submits this letter to request, with defendant's consent, a brief, two-day adjournment of the trial date, currently scheduled to start on April 22, 2024. The current trial start date coincides with the first day of Passover, which at least one member of the Government's trial team will be celebrating. Accordingly, the Government is requesting a brief adjournment to start trial on April 24, 2024, in order to accommodate the religious holiday.

      Respectfully submitted

      DAMIAN WILLIAMS
      United States Attorney

by:   /s/_____
      Marguerite Colson/Elizabeth Espinosa/Ni Qian/
      Jun Xiang
      Assistant United States Attorneys
      (212) 637-2364