UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DARIUS A. PADUCH,<br><br>*Defendant.* | Crim. No. 1:23-cr-181 (RA)<br><br>NOTICE OF FIRST SET OF<br>MOTIONS *IN LIMINE*<br><br>*Oral Argument Requested* |

**TO:** Marguerite Colson, Ass't United States Attorney
Elizabeth Espinosa, Ass't United States Attorney
Ni Quan, Ass't United States Attorney
Jun Xiang, Ass't United States Attorney
United States Attorney's Office – Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007

**PLEASE TAKE NOTICE** that Defendant Darius A. Paduch, by and through counsel, Baldassare & Mara, LLC (Michael Baldassare, Esq., appearing), hereby moves before the Honorable Ronnie Abrams, United States District Judge, for the entry of an Order:

1. Precluding the government from eliciting expert testimony related to the standard of care;

2. Precluding the government from introducing evidence under Rule 413; and

3. Precluding the government and witnesses from using the term "victim".

**PLEASE TAKE FURTHER NOTICE** that in support of his motions, Defendant Darius A. Paduch shall rely upon the accompanying memorandum of law, any future filings, and oral argument.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

Respectfully submitted,

**BALDASSSARE & MARA, LLC**

Dated:  March 20, 2024

*/s/ Michael A. Baldassare*
Michael A. Baldassare, Esq.