

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2024

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    *United States v. Darius Paduch*, **S2 23 Cr. 181 (RA)**

Dear Judge Abrams:

      Prior to trial, the Government elected not to proceed on Counts Six and Eleven in the above-captioned Indictment. Having elected not to proceed on those counts, the Government now respectfully moves to dismiss them. Further, the Government requests that defense counsel not be permitted to reference the dismissal of Counts Six and Eleven in the presence of the jury.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney
                    Southern District of New York

By:    */s/*_____
                    Marguerite B. Colson
                    Elizabeth A. Espinosa
                    Ni Qian
                    Jun Xiang
                    Assistant United States Attorneys
                    Tel: (212) 637-2587 | -2216 | -2364 | -2289

cc: Counsel of Record (via ECF)