UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

United States of America,

    -v-

John William Cook, Jr.,

                  Defendant.

----------------------------------------------------------------X

13 Cr. 777 (AJN)

# FINAL VERDICT FORM

April 24, 2014

## PLEASE CHECK (√) EACH ANSWER.

The Jury's verdict must be unanimous on each question.

COUNT ONE: Conspiracy to Distribute Narcotics.

1. As to Count One, how do you find the defendant, JOHN WILLIAM COOK, not guilty or guilty?

      \_\_\_\_\_ Not Guilty

      \_√\_ Guilty

[If you answered "not guilty" to Question 1, proceed to Question 6; if you answered "guilty" to Question 1, proceed to Question 2.]

2. Did the conspiracy of which you have found the defendant guilty involve 5 kilograms or more of cocaine?

      \_\_\_\_\_ Yes

      \_√\_ No

[If you answered "Yes" to Question 2, proceed to Question 4. Otherwise, proceed to Question 3.]

3. Did the conspiracy of which you have found the defendant guilty involve 500 grams or more of cocaine?

   √ Yes

   ___ No

**[Proceed to Question 4.]**

4. Did the conspiracy of which you have found the defendant guilty involve 1 kilogram or more of heroin?

   ___ Yes

   √ No

**[If you answered "Yes" to Question 4, proceed to Question 6. Otherwise, proceed to Question 5.]**

5. Did the conspiracy of which you have found the defendant guilty involve 100 grams or more of heroin?

   √ Yes

   ___ No

**[Proceed to Question 6.]**

COUNT TWO: Conspiracy to Interfere with Commerce by Threats or Violence.

6. As to Count Two, how do you find the defendant, JOHN WILLIAM COOK, not guilty or guilty?

   √ Not Guilty

   ___ Guilty

**[If you answered "guilty" to Question 1 or Question 6, proceed to Question 7]**

COUNT THREE: Possession of a Firearm During a Crime of Violence and Drug Trafficking Offense.

7. If and only if you answered "guilty" to Question 1 or Question 6, please answer the following question: As to Count Three, how do you find the defendant, JOHN WILLIAM COOK, not guilty or guilty?

_____ Not Guilty

__√__ Guilty

**[Proceed to sign the verdict sheet]**